IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES LAVAUGHN YOUNG, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:16-CV-02634 |
| CAROLYN W. COLVIN, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order entered on this date, it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment (Document No. 11) is GRANTED, Defendant's Cross-Motion for Summary Judgment (Document No. 12) is DENIED, and the decision of the Commissioner of Social Security Administration is REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

This is a FINAL JUDGMENT.

The clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas, this ___ day of July, 2017.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE